UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO CRISTOBAL-MARQUEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>Respondents. | Case No.: 3:26-cv-0879-CAB-BJW<br><br>**ORDER TO RESPOND** |

Petitioner Faustino Cristobal-Marquez ("Petitioner") filed a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of 8 U.S.C. § 1226(a), the Fourth and Fifth Amendments, and the Administrative Procedure Act. [*Id.* at 7, 10–14.] He seeks immediate release from ICE detention, or at minimum, an individualized bond hearing. [*Id.* at 14.]

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.").

///

///

Accordingly, the Court **ORDERS** as follows:

1. Respondents shall file a response to the Petition by **February 19, 2026**. The response must address the claims in the Petition that Petitioner belongs to the *Maldonado-Bautista* class and thus is entitled to a bond hearing, and that Petitioner is entitled to immediate release based on the alleged Fourth and Fifth Amendment violations. The response must include any documents relevant to the determination of the issues raised in the Petition.

2. Petitioner may file a reply in support of his Petition by **February 23, 2026**.

3. To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **SHALL NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the petition.[1]

4. <u>The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition and this order.</u>

It is **SO ORDERED**.

Dated: February 12, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] *See Doe v. Bondi*, Case No. 3:25-cv-805-BJC-JLB, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).