UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FAUSTINO CRISTOBAL-MARQUEZ,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.:  3:26-cv-879-CAB-BJW

**ORDER CLOSING CASE**

Petitioner Faustino Cristobal-Marquez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 4], this Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 6]. Petitioner subsequently received a bond hearing on February 27, 2026.  [Doc. No. 7.]

///

///

///

///

///

///

1

Petitioner has received the relief his Petition requested.  <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated:  March 25, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-879-CAB-BJW